**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA – ORLANDO DIVISION**

CASE NO.: 6:13-cv-1243-Orl-36DAB

| | |
|---|---|
| | § |
| AVIATION ONE OF FLORIDA, INC., | § |
| | § |
| Plaintiff, | § |
| | § |
| V. | § |
| | § |
| AIRBORNE CONSULTANTS (PTY), LTD, etc. | § |
| et al., | § |
| | § |
| Defendants. | § |
| | § |

**NOTICE TO HAVE SUMMONS REISSUED**

Plaintiff, Aviation One of Florida, Inc., files its Notice to have Alias Summons issued (using another address for attempted service of Africa Tour & Travel, LLC) based upon the Court's Order (Doc. # 23) dated December 23, 2013, denying Plaintiff's Motion for Default (Doc # 16).

CERTIFICATE OF SERVICE

I certify the foregoing was filed on with the Clerk's ECF system on December 30, 2013.

s/Rosemary Hayes
Rosemary H. Hayes, B.C.S.
Florida Bar no. 549509
HAYES LAW, PL
830 Lucerne Terrace
Orlando, FL 32801
rhayes@const-law.com
Tel. 407.649.9974, ext. 214
Fax 407.649.9379

**COUNSEL FOR PLAINTIFF**