IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:13-cv-1243-Orl-36DAB

| | | |
|---|---|---|
| AVIATION ONE OF FLORIDA, INC., Plaintiff, | § | **REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE TO EFFECT SERVICE OF PROCESS** *(Letter Rogatory)* |
| V. | § | |
| AIRBORNE INSURANCE CONSULTANTS (PTY), LTD, AFRICA TOURS AND TRAVEL, LLC AND MOHAMED DAIOUNE , Defendants. | § | |

**TO: South African Commission
c/o South African Embassy
4301 Connecticut Ave, NW, Suite 220
Washington, DC 20008**

THE UNITED STATES OF AMERICA DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA TO THE APPROPRIATE JUDICIAL AUTHORITY IN SOUTH AFRICA TO EFFECT SERVICE OF PROCESS TO BE USED IN A CIVIL PROCEEDING BEFORE THIS COURT IN THE ABOVE-CAPTIONED MATTER,

**GREETINGS:**

The above-entitled suit is pending in our United States District Court in and For the Middle District of Florida. It has been suggested to us that justice cannot be done between the parties without service of Airborne Consultants (PTY), Ltd. whose registered office is at Physical Address: Block 2 – Stratford Office Park, Cnr Cedar &

Valley Road, Broadacres SA (Tel. (011) 467 8577) and Postal Address: Postnet Suite 756, Private Bag X 153, Bryanston 2021, within your jurisdiction.

We therefore request that, in the furtherance of justice, you will by the proper and usual process of your Court, direct and cause the listed documents, two (2) sets of which are furnished, to be served on Airborne Consultants (PTY), Ltd. by a competent person appointed for that purpose.

- Summons to Airborne Consultants (PTY), Ltd. (Certified, apostilled)
- Order Correcting Misnomer (Certified, apostilled)
- Order of January 9, 2014 (Certified, apostilled)
- Complaint and exhibits (Certified, apostilled and bound and sealed by the United States Department of State)

We further request that you furnish a return of service via consulate channels to cause the Clerk of the Court at United States District Court, Middle District of Florida, George C. Young Courthouse & Federal Building, 400 West Central Blvd, Orlando, FL USA 32801 (Tel. 407-835-4200) in the return envelope (shipping prepaid) to be provided herewith by Plaintiff's counsel, who is duly admitted in this Court and a member of The Florida Bar, Rosemary Hanna Hayes, Esq., Hayes Law, PL, 830 Lucerne Terrace, Orlando, FL USA 32801 rhayes@const-law.com (Tel. 407-649-9974 ext. 214) and we shall be ready and willing to do the same for you in a similar case when required.

# AUTHENTICATION

As Clerk of the Court for the United States District Court, Middle District of Florida, I do hereby certify that the Honorable David A. Baker whose signature is affixed to the Order dated January 9, 2014, directing issuance of this Request for International Judicial Assistance to Effectuate Service of Process of the Summons in a Civil Action and Complaint and Demand for Jury Trial (Letter Rogatory), annexed hereto, was at the time and date thereof, a Judge of the United States District Court, Middle District of Florida, Orlando Division; that the official acts and doings of said Judge are entitled to full faith and credit; and that the attestation to said Request is in due form of law. I further Certify that the seal below is the seal of the Court.

Witness and sealed upon direction of the David A. Baker, United States Magistrate Judge, United States District Court, Middle District of Florida this 16th day of January 2014.

CLERK OF COURT
SHERYL L. LOESCH

(SEAL)