# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**AVIATION ONE OF FLORIDA, INC.,**

**Plaintiff,**

**-vs-** **Case No. 6:13-cv-1243-Orl-36DAB**

**AIRBORNE INSURANCE CONSULTANTS (PTY), LTD, AFRICA TOURS AND TRAVEL, LLC and MOHAMED DIAOUNE,**

**Defendants.**

| | | | |
|---|---|---|---|
| JUDGE | **David A. Baker** | DATE AND TIME | April 10, 2014<br>10:00-10:15 |
| DEPUTY CLERK | Helyn S. LaTorre | TAPE/REPORTER | digital |
| COUNSEL/PLTF. | Rosemary Hayes<br>Meredith Sasso | COUNSEL/DEFT. | John O'Flanagan |

## CLERK'S MINUTES
### PRELIMINARY PRETRIAL CONFERENCE

Case called, appearances taken
Procedural setting by court
Plaintiff provides case status
Defense responds
Plaintiff speaks to the completeness of the record
Plaintiff has filed a motion to file amended complaint; Defense allowed until 4/18/2014 to object