# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**AVIATION ONE OF FLORIDA, INC.,**

      **Plaintiff,**

-vs-                                                Case No.  6:13-cv-1243-Orl-36DAB

**AIRBORNE INSURANCE CONSULTANTS (PTY), LTD, AFRICA TOURS AND TRAVEL, LLC and MOHAMED DIAOUNE,**

      **Defendants.**

_____

## ORDER

This cause came on for consideration with oral argument[1] on the following motion filed herein:

> **MOTION:**   MOTION TO STAY DISCOVERY (Doc. No. 46)
>
> **FILED:**      April 2, 2014
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** in part.

Discovery is stayed pending further order of the Court.  Defendant's Response to Plaintiff's Motion to Amend the Complaint (Doc. 51) is due on April 11, 2014.  Following a decision on whether to allow amendment of the Complaint, the Court will decide how to proceed with the parties' discovery.

**DONE** and **ORDERED** in Orlando, Florida on April 10, 2014.

                                                    *David A. Baker*

                                                 DAVID A. BAKER
                                      UNITED STATES MAGISTRATE JUDGE

---

[1] A status hearing was held on April 10, 2014.

-2-

Copies furnished to:

Counsel of Record
Unrepresented Parties

Case 6:13-cv-01243-CEM-DAB   Document 55   Filed 04/10/14   Page 2 of 2 PageID 908

-2-