UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**AVIATION ONE OF FLORIDA, INC.,**

    **Plaintiff,**

v.                                                             Case No: 6:13-cv-1243-Orl-41DAB

**AIRBORNE INSURANCE
CONSULTANTS (PTY), LTD, AFRICA
TOURS AND TRAVEL, LLC,
MOHAMED DIAOUNE and CLYDE &
CO., LLP,**

    **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Defendant Airborne Insurance Consultants (PTY), Ltd's ("Airborne") Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 34); Plaintiff's Motion for Leave to File Amended Complaint (Doc. 51); and Plaintiff's Motion to File Reply to Response to Motion to Amend and to Strike Affidavit Improperly Filed with Reply and/or to File Supplemental Affidavit (Doc. 61). United States Magistrate Judge David A. Baker issued a report recommending that the Motion to Amend be granted and the Motion to Dismiss and Motion to File Reply be denied as moot. (Doc. 65). This cause is also before the Court on Airborne's Motion to Strike Amended Complaint or in the Alternative Motion for Extension of Time to Respond (Doc. 69); and Clyde & Co., LLP's ("Clyde") Motion for Leave to File a Reply to The Plaintiff's Response in Opposition to Clyde's Motion to Dismiss, Quash (Doc. 81).

After an independent *de novo* review of the record in this matter, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. In granting Plaintiff's Motion to Amend, the Court accepts the Amended Complaint (Doc. 67) as

filed. Plaintiff's Motion to File a Reply (Doc. 61) and Airborne's Motion to Strike the Amended Complaint (Doc. 69) are moot.

Furthermore, the Court has determined that a Reply to Plaintiff's Response to Clyde's Motion to Dismiss will be helpful. Therefore, Clyde's Motion to file such a Reply shall be granted. Once the Court has addressed the jurisdictional issues raised in Clyde's Motion to Dismiss, it will address Plaintiff's motion to modify the Case Management and Scheduling Order (Doc. 80) and re-designate deadlines as appropriate.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 65) is **ADOPTED** and **CONFIRMED** and made part of this Order.

2. Airborne's Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 34) is **DENIED as moot**.

3. Plaintiff's Motion for Leave to File Amended Complaint (Doc. 51) is **GRANTED**.

4. Plaintiff's Motion to File Reply to Response to Motion to Amend and to Strike Affidavit Improperly Filed with Reply and/or to File Supplemental Affidavit (Doc. 61) is **DENIED as moot**.

5. Airborne's Motion to Strike Amended Complaint or in the Alternative Motion for Extension of Time to Respond (Doc. 69) is **DENIED as moot**. Airborne shall file a responsive pleading to the Amended Complaint **on or before September 29, 2014**.

6. Clyde's Motion for Leave to File a Reply to The Plaintiff's Response in Opposition to Clyde's Motion to Dismiss, Quash (Doc. 81) is **GRANTED**. Clyde may file a Reply of no more than ten pages **on or before September 29, 2014**.

**DONE** and **ORDERED** in Orlando, Florida on September 15, 2014.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party