IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

AVIATION ONE OF FLORIDA, INC.,

    Plaintiff,

v.                                             CASE # 6:13-CV-01243-CEM-DAB

AIRBORNE INSURANCE CONSULTANTS
(PTY), LTD, AFRICA TOURS & TRAVEL, LLC
d/b/a S.A. GUINEA, MOHAMED DIOUNE
AND CLYDE & CO, LLP,

    Defendants.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Aviation One of Florida, Inc., Plaintiff, appeals the Order denying relief based on mootness and dismissing this case rendered August 26, 2016 (Doc. # 119), Order denying Motion to Alter Judgment of February 11, 2016 (Doc. # 107), and Order granting Motion to Dismiss for Lack of Jurisdiction (Doc. # 93), timely files its Notice of Appeal to the United States Court of Appeals for the Eleventh Circuit.

                                                            Respectfully submitted,

                                                            /s/Rosemary Hayes_____
                                                            Rosemary Hanna Hayes, B.C.S.
                                                           HAYES LAW, PL
                                                          830 Lucerne Terrace
                                                           Orlando, FL  32801
                                                          (407) 649-9974 Fax: (407) 649-9379
                                                          rhayes@const-law.com

                                                          *Attorneys for Plaintiff,*
                                                          *Aviation One of Florida, Inc.*

## **CERTIFICATE OF SERVICE**

  I certify the foregoing was filed via ECF on September 22, 2016 (which serves counsel of record with notice) and a copy sent with the filing fee to: U.S. Dist. Ct. Clerk, Middle District of Florida, Orlando Division, 401 West Central Blvd, Orlando, Florida 32801.

              /s/Rosemary Hayes_____
              Rosemary Hanna Hayes